MARIE LARSEN, Appellant, *v.* JOHN LESTER, Respondent.

*Appeal — failure to file undertaking — filing of uncertified return — motion to dismiss appeal denied.*

　Reported below, 218 App. Div. 788.

　(Argued October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1926, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the grounds that no undertaking had been filed and that the return as served and filed was uncertified.

　*George J. Stacey* for motion.

　*Theodore H. Lord,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellant files and serves an undertaking in proper form perfecting her appeal and files a corrected return and pays ten dollars costs, in which event the motion will be denied.